# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1357
LT Case No. 2022-CF-000249

_____

TAVORIAS JAMAL HALL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

September 29, 2023

PER CURIAM.

AFFIRMED. This disposition is without prejudice for Appellant to timely file a motion for postconviction relief under Florida Rule of Criminal Procedure 3.850.

MAKAR, WALLIS, and HARRIS, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————